## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHARON VIENS,<br><br>   Plaintiff,<br><br>v.<br><br>PENNYMAC HOLDINGS LLC, and<br>PENNYMAC LOAN SERVICES, LLC,<br><br>   Defendants. | C.A. No. <u>17-cv-341</u> |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>PENNYMAC HOLDINGS, LLC</u>

  Pursuant to Federal Rule of Civil Procedure 7.1, PennyMac Holdings, LLC ("<u>PHL</u>") files this statement identifying its parent company and any publically held corporation that owns ten percent or more of its stock.

  PennyMac Holdings LLC, formerly known as PennyMac Mortgage Investment Trust Holdings I, LLC, is 100% owned by PennyMac Operating Partnership, L.P. PennyMac Operating Partnership, L.P.'s general partner is PennyMac GP OP, Inc. and its limited partner and 100% owner is PennyMac Mortgage Investment Trust, a publicly traded real estate investment trust.

[intentionally blank]

Respectfully submitted,

PENNYMAC HOLDINGS, LLC AND
PENNYMAC LOAN SERVICES, LLC,

By its attorneys,

*/s/ Carl E. Fumarola*
Carl E. Fumarola, Bar No. 6980
Nelson Mullins Riley & Scarborough LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
Tel:  401-519-3850
Fax: 401-519-3601
Email: carl.fumarola@nelsonmullins.com

Date:  July 20, 2017

**CERTIFICATE OF SERVICE**

I, Carl E. Fumarola, certify that on this 20th day of June, 2017, I filed the foregoing document through the ECF system, thereby serving it electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date.  The foregoing document is available for viewing and downloading from the ECF system.

 */s/ Carl E. Fumarola*
Carl E. Fumarola