UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHARON VIENS,

    Plaintiff,

v.

PENNYMAC HOLDINGS LLC, and
PENNYMAC LOAN SERVICES, LLC,

    Defendants.

C.A. No. 17-cv-341

**CORPORATE DISCLOSURE STATEMENT OF
<u>PENNYMAC LOAN SERVICES, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, PennyMac Loan Services, LLC ("<u>PLS</u>") files this statement identifying its parent company and any publically held corporation that owns ten percent or more of its stock.

PLS is a limited liability company that is wholly-owned by Private National Mortgage Acceptance Company, LLC ("<u>Private National</u>"), with a principal place of business located at 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361. PennyMac Financial Services, Inc. is a publicly held corporation that owns more than ten percent of Private National's stock.

[intentionally blank]

Respectfully submitted,

PENNYMAC HOLDINGS, LLC AND
PENNYMAC LOAN SERVICES, LLC,

By its attorneys,

*/s/ Carl E. Fumarola*
Carl E. Fumarola, Bar No. 6980
Nelson Mullins Riley & Scarborough LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
Tel: 401-519-3850
Fax: 401-519-3601
Email: carl.fumarola@nelsonmullins.com

Date: July 20, 2017

## CERTIFICATE OF SERVICE

I, Carl E. Fumarola, certify that on this 20th day of June, 2017, I filed the foregoing document through the ECF system, thereby serving it electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date. The foregoing document is available for viewing and downloading from the ECF system.

/s/ *Carl E. Fumarola*
Carl E. Fumarola